# United States District Court
## for the
## Western District of Pennsylvania
## Civil Division

Donald Dargan (Plaintiff)

— v —

County Of Blair (Defendant)

Case No. 3:25-cv-519

**RECEIVED**
DEC 15 2025
CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

## Complaint for Violation of Civil Rights

I. The Parties to This Complaint

   A. The Plaintiff

      Donald Dargan

      Blair County Prison
      419 Market Square Alley
      Hollidaysburg, PA 16648

   B. The Defendants

      Peter J. Weeks
      District Attorney
      County of Blair
      423 Allegheny St. Suite 344
      Hollidaysburg, PA 16648
      Official Capacity

      Wade A. Kagarise
      President Justice
      County of Blair
      423 Allegheny St.
      Hollidaysburg, PA 16648

Blair County Court of Common Pleas
Courthouse
County of Blair
423 Allegheny St.
Hollidaysburg, PA 16648

## II. Basis of Jurisdiction

A. State or Local Officials § 1983

B. United States Constitution Amendments
IV – VI – VIII – XIV –
Pennsylvania Constitution
Article I – Section I – Section IX
Section XIII – Section XIV –
Rules of Professional Conduct
Rule 3.1 – Rule 3.8 – Rule 8.1 – Rule 8.3
Pennsylvania Statutes (§)
18 §4902 – Perjury    42 §7702 – Commencement of Trial
18 §4910 – Tampering with evidence
18 §2903 – False Imprisonment  18 §2902 – Unlawful Restraint
Rule of Criminal Procedure 600 (Rule 600)

3 of 11

D. (See Attached Brief)

III. Prisoner Status
Other - Jury Convicted and Unsentenced

IV.
A. In the Court of Common Pleas and;
B. During Pre-Trial Incarceration in the Shambles of Blair County Prison

C. 12/30/21 - 11/28/25 and On-Going
D. (See Attached Brief)

V. Injuries
(See Attached Brief)

VI. Relief
For the time taken, pain given and laws of the land broken, I conservatively request $27,500,000

IX. Certification and Closing
Under Federal Rule Of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) Is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support, or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery and (4) the complaint otherwise complies with the requirements of rule 11.

Date of Signing 11/28/25
Signature of Plaintiff _____
Printed Name of Plaintiff Donald Dargan
Prison Identification # 0701052
Prison Address 419 Market Square Alley
Hollidaysburg,        PA        16648

5 of 11

~ 6-10 of 11 Excluded

Brief of Civil Violations

for

Plaintiff Donald Dargan

-V-

Defendents

Peter J. Weeks

Wade A. Kagarise

Blair County Court Of Common Pleas

II., D- Actions Under Colors of State/Local

IV. D.-Facts Underlying your Claim

V. A.- Injuries

All outlined within this Brief is factual to the best of my knowledge under Oath of Perjury

Colors for filing Civil Violation Disposition
United States Constitution
Amendment V - "... Nor be deprived of life, liberty, or property, without due process of law."

Amendment VI - "In all criminal prosecutions, the accused, shall enjoy the right to a speedy and public trial..."

Amendment VIII - "Excessive bail shall not be required,... nor cruel and unusual punishment inflicted."

Amendment XIV - "...nor shall any State deprive any person of life, liberty or property, without due process of law; nor deny to any person with its jurisdiction the equal protection of the laws."

Pennsylvania Constitution
Article I:
Section I - "All men are born equally free and independent, and have certain inherent and indefeasible rights, among which are those of enjoying and defending life and liberty, of acquiring, possessing and protecting property and reputation, and of pursuing their own happiness.

Section IX - "In all criminal prosecutions the accused hath a a right... in prosecutions by indictment or information, a

speedy trial by an impartial jury of the vicinage, he cannot be... deprived of his life, liberty or property..."

Section XIII - "Excessive bail shall not be required... nor cruel and unusual punishment inflicted"

Section XIV - "All prisoners shall be bailable by sufficient sureties... and the privilege of the writ of habeas corpus shall not be suspended"

Rules of Professional Conduct

Rule 3.1 - "A lawyer shall not bring or defend a proceeding or assert or controvert an issue therein, unless there is a basis in law and fact for doing so that is not frivolous, which includes a good faith argument for an extension, modification or reversal of existing law."

Rule 3.8 - "(d) make timely disclosure to the defense of all evidence or information known to the prosecutor... (e) refrain from extrajudicial comments that have a substantial likelihood of heightening public condemnation of the accused..."

Rule 8.1 - "A lawyer in connection with the Bar Association... shall not (a) knowingly make a false statement of material fact (b) fail to disclose a fact necessary to correct a misapprehension known by the person to have arisen in the matter..."

## Rule of Criminal Procedure 600

"(2) Trial shall commence within the following time periods.

(a) Trial in a court case in which a written complaint is filed against the defendant shall commence within 365 days from the date in which the complaint is filed

Except in cases in which the defendant is not entitled to release on bail as provided by law, no defendant shall be held in pretrial incarceration in excess

(1) 180 days from the date on which the complaint is filed

(A) At any time before trial, the defendants attorney or the defendant if unrepresented, may file a written motion requesting that charges be dismissed with prejudice on the ground that this rule has been violated... may file a written motion requesting the defendant be released immediately on nominal bail..."

Pennsylvania Statutes

18 § 4902 - "A person is guilty of perjury, if in any official proceeding he makes a false statement under oath or equivalent affirmation"

18 § 4910 - "(1) alters, destroys, conceals or removes any record, document or thing with intent to impair its verity or availability in such proceeding or investigation"

18 § 2903 - (a) A person commits an offense if he knowingly restrains another unlawfully so as to interfere substantially with his liberty"

18 § 2902 - "(a) A person commits an offense if he knowingly (1) restrains another unlawfully in circumstances exposing him to risk of serious bodily injury"

42 § 7702 - "A proceeding shall be deemed to commence and terminate at the times or on the occurence of events prescribed by general rules"

Rule of Judicial Conduct 401.
"(A) All discovery shall be completed within 60 days of the Service of the Board Complaint...
(B) Any challenges or Objections raised during discovery shall be resolved during Pre-Trial conference"

## Factual Background of The Claim

The Official Writing of this brief is the 1st day of December 2025. Mr. Dargan's written complaint was filed on the 30th Day of December 2021. Mr. Dargan finally had trial commenced on the 17th Day of November 2025. Our facts within show an obscene disregard for U.S. Amendments, Pennsylvania Articles, Due Processes, Criminal Procedures and all civil rights given to one of our own in this Great Nation. The perpetrators and violators of this human's preserved liberties utilized their titles to feel entitled. They took fabrics of Justice that we look to for security and tarnished them without fears of consequence. Justice in America aren't a Medieval style courting game we play. Prosperity in our Union isn't something we steal by and way shorting time in our fellow humans lives.

This man is a veteran of the finest military on this Earth. This man is a reverand, a speaker of Divine Love and Ultimate Sacrifice of our Lord and Savior Jesus Christ. This County showed him no regard, respect or respit. They treated him like a terrorist with dynamite. We can and should do better. At least by giving this man the Rights preserved to him that he was willing to give his life for so we could have enjoyment there of of Civil Liberty and Constitutional freedoms.

As of the composing of this Brief Mr. Dargan has been incarcerated a baffling 1,427 days. It took the commonwealth the slowest of fashion to commence trial, 1,419 days after Mr Dargans detainment. No citizen of our nation should await Pre-Trial for this time frame. 1,252 days were accredited of the 1,419 days. The trial court did not give any regard to Pennsylvania's Rule of Criminal Procedure 600 which states the Commonwealth must commence trial within 365 days. This is not obeying the United States Constitutions protection of its citizens when guaranteeing a right to a speedy trial. This trial court has a very identifiable pattern of not meeting deadlines or adhereing to Regulations of our Pennsylvania General Assembly. Mr Dargan attempted several occasions to alect the trial court of their violation of Rule of Criminal Procedure 600. For his efforts Mr. Dargan was automatically denied his right without being afforded a hearing or even an explanation for the denial. Mr. Dargan's rights preserved by the Federal and State Constitution being wrongfully taken is a clear abuse of the Trial Court's discretion and a complete failure to follow Due Diligence by the Commonwealth. For 13 months of this

the Commonwealth failed to locate "lost" evidence. Mr. Dargan suffered a plethora of unnecessary delay that was of no fault of his own. How can anyone expect a fair and just Trial after such an unacceptable passing of time. The Trial was based on him by hollow conjecture; words without sustainable credability. The weight of evidence did not reflect the few convictions the Commonwealth was fortunate to fetch. However the District Attorney used the passing of time to utilize local media to subject Mr. Dargan to strong bias amongst his peers within his community. Mr. Dargan was never provided an opportunity for reasonable bail and shorted all the opportune to best defend his reputation and interests. The conditions of the Blair County Prison is no secret to this Court. Mr. Dargan is the longest resident, 4 years, nearly all as a Pre-Trial detainee in this place of ruin. Even in obtaining a warrant to start down this path, Detective Heuston falsified information inconsistent with interviewed witnesses. The Commonwealth would not admit fault but rather hope to steal a win as true justice with integrity is not even in the list of priorities for them. They even withheld evidence of a witness admitting what he said a lie about Mr.

Dargan in the hopes of evading his own legal woes. This was discovered in the Spring of 2025. This is an illustration of the unethical procedures here to Mr. Dargan and many others within Blair County. Being denied all rights Mr. Dargan has as a lawful citizen of our Nation is never an acceptable behavior by our Courts. This breaks our societies faith within our justice system. We expect our Federal and State Courts to provide the justice and do the right things Blair County's Trial Court denies its community and most certainly Mr. Dargan. These facts set forth deem validation to all colors mentioned. However, sadly, no court can make Mr. Dargan 4 years younger nor give him health but it can give him and the people of our Union a true and proper example of justice! It is not justice in America for someone to be incarcerated without evidence and to put addicts in situations of desperation and durress to get the statement you want; without interest in truth, just whatever it takes to further their career. This is why Americans have lost faith in law enforcement and thus the justice system. The balancing scales of justice these days show shame and deception far outweighing truth and integrity!

## V. The Injuries

The sorrow, afflicted pain, feeling of betrayal and ruin of reputation scar Mr. Dargan in every facet to the depths of his very soul. It has given him and his loved ones sleepless nights full of tears and questions of why this incredible dismay they've suffered. Mr. Dargan is a man of devout faith, trusting his almighty God, but can't help hurt for his mother; his children, just an enduring as he has. Theres not an aspect of Mr. Dargan's life that doesn't have deep wounds and gouged open surfaces. The Commonwealth has left him feeling desolate Physically, Mentally, Emotionally, and Financially. He is very blessed however, the thing he didn't let them touch; his Spiritual Shine.

Mr. Dargan had a reputation and character he was very proud of and loved to show. His laugh and smile were iconic in the community. His want to be charitable and help; be genuinely kind may have put him in environment he shouldn't be in but his heart knew no other way. He always felt he would never be a product of his environment but rather his environment would be a product of him. However, the commonwealth slowly

purposely and methodically tarnished Mr. Dargan's reputation. Knowing the accusation bold and baseless; Mr. Dargan's Pastoral Position, they had an uphill battle. Unfortunately Peter J. Weeks is a master at taking this police departments lemons and producing lemonade through very vague and manipulating statements and this particular pitcher took 4 years to make. Holding someone hostage 4 years in a building long deserving being condemned that Mr. Weeks happens to sit on the board of and knows to use the conditions as his weapon. Mr. Weeks and his mob took Mr. Dargan's name and character he'd built so proudly and run it through a mulcher and mud with a proud smile of their destruction. They falsely imprisoned this joyful pastor and with heartless malice put him in emotional despair and mental anguish, not to make the streets safer but to make their pockets heavier. Mr. Dargan's heart cries knowing his family is progressing, growing and having to try to be strong continuing life without their Patriarch in attend. All this weighing on Mr. Dargan has taken such a hard toll on his Physical Health. He has developed several chronic and potentially terminal conditions that

Mr. Weeks facility has found no interest in treating or healing their fellow human. It is expensive to live in Mr. Weeks facility for the inmates, burdensome, and part of the aftermath of the commonwealths doing Mr. Dargan lost his Restaurant and Lounge, what Mr. Dargan built, Mr. Weeks wanted to take away and the suspicion of alterior motives is thought upon. Perhaps the most troubling is losing his Pastoral Position and respect of the congregation and community. As a veteran. A man of Faith. A beam of sunshine in a dim community this is not what Mr. Dargan ever thought or dreamed could happen to him. A true American Nightmare. Is this the Country we want to be? The state we've become? The Human's that disregard other humans; Brothers and Sisters. Filing this comes with a Heavy Heart for Mr. Dargan, for this is the land he loves. However, he knows this will continue to happen and this lands roots are planted by taking a stand. The Future deserves better; what better way than exposing the malicious and destructive forces and leaving them in the past?